JS-6

1   STEPHANIE YONEKURA
    Acting United States Attorney
2   LEON W. WEIDMAN
    Assistant United States Attorney
3   Chief, Civil Division
    JASON K. AXE
4   Assistant United States Attorney
    California Bar Number 187101
5          Federal Building, Suite 7516
           300 North Los Angeles Street
6          Los Angeles, California 90012
           Telephone: (213) 894-8827
7          Facsimile: (213) 894-7819
           E-mail: Jason.Axe@usdoj.gov
8   Attorneys for Defendant
    United States of America

9

                 UNITED STATES DISTRICT COURT
10
          FOR THE CENTRAL DISTRICT OF CALIFORNIA
11
                    SOUTHERN DIVISION
12

13  KEMPER INDEPENDENCE                No. SACV 14-01516 DOC (DFMx)
    INSURANCE COMPANY,
14                                     **ORDER DISMISSING ACTION
                 Plaintiff,            WITH PREJUDICE [9]**
15
           v.
16
    UNITED STATES OF AMERICA,
17
                 Defendant.
18

19

20

21

22

23

24

25

26

27

28

1    IT IS SO ORDERED that pursuant to the separately filed Stipulation for

2    Compromise Settlement, this action is hereby dismissed with prejudice.  Each

3    party to bear its own costs and fees. The Court will retain jurisdiction over this

4    action for 60 days from the date of the filing of the Stipulation for Compromise

5    Settlement for the sole purpose of enforcing the settlement agreement.

6    DATED:  October 31, 2014

7

8    *David O. Carter*

9    UNITED STATES DISTRICT JUDGE

10   PRESENTED BY:

11

12   STEPHANIE YONEKURA
     Acting United States Attorney

13   LEON W. WEIDMAN
     Assistant United States Attorney

14   Chief, Civil Division

15

16    /s/ *Jason K. Axe*
     JASON K. AXE

17   Assistant United States Attorney
     Attorneys for Defendant
     United States of America

18

19

20

21

22

23

24

25

26

27

28